IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-00074-D-2
No. 5:21-CV-00220-D

**United States of America**,

v.

**Joshua Rayshawn Melvin**,

          Petitioner.

**Order**

The evidentiary hearing on Petitioner Joshua Melvin's § 2255 motion is rescheduled for Thursday, October 20, 2022 at 10:00 a.m. in the Terry Sanford Federal Building in Raleigh, North Carolina. The Clerk of Court and United States Marshal shall take the necessary steps to ensure that the Petitioner is present at the hearing. The Government shall notify Petitioner's prior counsel, Seth Neyhart, to attend the hearing.

No later than Thursday, October 13, 2022, counsel for each side shall:

1. File a list of witnesses counsel expects to call at the hearing. The witness list shall specify the subject matter of each witness's testimony and provide an estimate of the length of direct examination for each witness.

2. Submit two notebooks to the court that contain the exhibits each party intends to offer at the hearing, except for exhibits used solely for impeachment purposes.

The court reminds the parties that under Local Rule 24.1 if a party intends to use courtroom technology, including but not limited to any audio equipment, video equipment, or the document presentation system, counsel must notify the case manager and request training from the court's information technology staff for the person or persons who will be operating the courtroom technology. No later than seven days prior to the hearing, counsel must file a certification provided by the court's technology staff that they have completed the required training.

Dated: August 24, 2022.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE