THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-00074-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| VS. | ) | |
| | ) | ORDER |
| | ) | (UNDER SEAL) |
| JOSHUA RAYSHAWN MELVIN., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Motion to Continue Evidentiary Hearing and Order* is allowed and the Clerk is directed to seal this *order,* and *Motion to Continue Evidentiary Hearing and Proposed Order,* except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

Dated:  October 14, 2022

_Robert T. Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge

1